IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANGELA BIDDLE | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-CV-393-P |
| | § | |
| CELLCO PARTNERSHIP | § | |

### FINDINGS, CONCLUSIONS, AND RECOMMENDATION

The above-styled and numbered cause of action was filed on April 20, 2023. ECF 1. Although proof of service on Defendant Cellco Partnership is on record in this case [doc. 11], the Court finds that Defendant has failed to timely answer Plaintiff's complaint and has been in default for more than ninety days. Despite this fact, Plaintiff has not moved for default judgment against Defendant.

Therefore, it is **ORDERED** that if Plaintiff desires to pursue her claims against Defendant, she shall file a Request for Clerk's Entry of Default and a Motion for Default Judgment no later than 4:30 p.m. on February 28, 2024. The Court **RECOMMENDS,** that if Plaintiff fails to comply with this Order, that her claims against Defendant be dismissed without prejudice and without further notice. [1]

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge, be and hereby is returned to the docket of the United States District Judge for further action as deemed appropriate.

SIGNED February 14, 2024.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

---

[1] Because the Court is recommending that failure to comply with this order result in dismissal without prejudice, the allotted fourteen days shall also serve as the relevant objection period in compliance with *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996), *modified by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending time to file objections to 14 days). Should either party wish to object to the Court's recommendation, they have a right to do so under 28 U.S.C. § 636(b)(1), and any objection shall be filed by the above referenced February 28, 2024 deadline.